■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA DOWLING, Appellant. [696 NYS2d 718] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Cayuga County Court, Corning, J.— Robbery, 5th Degree.) Present—Pine, J. P., Lawton, Hayes, Wisner and Pigott, Jr., JJ. (Filed Sept. 24, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD FREARY, Appellant. [696 NYS2d 717] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Cayuga County Court, Corning, J.—Possessing Obscene Sexual Performance By Child.) Present—Green, J. P., Wisner, Pigott, Jr., Hurlbutt and Scudder, JJ. (Filed Aug. 30, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES E. MASKELL, Appellant. [696 NYS2d 718] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Noonan, J.—Driving While Intoxicated.) Present—Green, J. P., Pine, Lawton, Wisner and Scudder, JJ. (Filed Sept. 24, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE MATHEWS, Appellant. [696 NYS2d 718] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Sirkin, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Lawton, Hayes, Wisner and Callahan, JJ. (Filed Sept. 24, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR TORRES, Appellant. [696 NYS2d 914] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Cayuga County Court, Corning, J.—Robbery, 3rd Degree.) Present—Green, J. P., Wisner, Pigott, Jr., Hurlbutt and Scudder, JJ. (Filed Aug. 30, 1999.)